21-10503

A & A Gourmet
53-42 98th Street
Corona, NY 11368

Action Environmental Services
300 Frank W Burr Boulevard
Suite 39
Teaneck, NJ 07666

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250

Am Trust Insurance Company of Kansas, Inc.
PO Box 6939
Cleveland, OH 44101

American Express
PO Box 981537
El Paso, TX 79998

Anheuser-Busch Sales of New York
550 Food Center Drive
Bronx, NY 10474

ATAX Westchester Square
Attn: Diego R Toasa
142 Williamsbridge Road
Bronx, NY 10461

ATC Brand Management
25 Rober Pitt Drive, Suite 204
Monsey, NY 10952

Baldor Specialty Food, Inc
155 Food Center Drive
Bronx, NY 10474

Bindi North America, Inc.
630 Belleville Turnpike
Kearny, NJ 07032

Caliber Pest Services
PO Box 622484
Bronx, NY 10462

Churchill Linen Service
7 Evans St.
PO Box 3247
Brockton, MA 02302

21-10503

Cintas Corporation #011F 011F
325 Corporate Blvd South
Yonkers, NY 10701

Con Edison
JAF Station
P.O. Box 1702
New York, NY 10116-1702

Dorado Realty LLC
2123 Williamsbridge Road
2nd floor
Bronx, NY 10461

Dr. Mukesh Sethi
69 Taconic Road
Greenwich, CT 06831

Dr. Ramji Sethi
69 Taconic Road
Greenwich, CT 06831

Empire Merchants LLC
16 Bridgewater St
Brooklyn, NY 11222

Galant Graphics
2020 Webster Ave
Bronx, NY 10457

Home Depot
PO Box 9001010
Louisville, KY 40290

Icesurance
500 Fenimore Road
Mamaroneck, NY 10543

Internal Revenue Service
PO Box 7346
Centralized Insolvency Agency
Philadelpia, PA 19101-7346

JD Meat Market
1411 Ogden Ave
Bronx, NY 10452

McKinney Welding Supply
600 W 52nd St
New York, NY 10019

MetroTouch
351 E 84th St
New York, NY 10028

Monarch Seafood
314 West 1st Avenue
Roselle, NJ 07203

Multi-flow
1434 County Line Road
Huntingdon Valley, PA 19006

New York State Department of Labor
Division of Labor Standards120 Bloomingd
White Plains, NY 10605

NYS Dept of Tax And Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Optimum
1 Court Square West
Long Island City, NY 11101

Ordermark
12045 East Waterfront Dr, 3rd floor
Los Angeles, CA 90094

Pankaj Malik, Esq.
Warshaw Burstein LLP
575 Lexington Avenue 7th floor
New York, NY 10022

Prince Grover
51 Bellwood Drive
New Hyde Park, NY 11040

Riviera Produce
Box/Call 6065
Englewood, NJ 07631

Royal Warewashing
PO Box 5503
Astoria, NY 11105

Smart Care
386 Wabasha St. N
Saint Paul, MN 55102

Southeast Asia Market LLC
52 15th Street
Brooklyn, NY 11215

Sysco Metro New York, LLC
20 Theodore Conrad Drive
Jersey City, NJ 07305

TD Bank
5 Commerce Park N
Bedford, NH 03110

The Hartford
One Hartford Plaza Hartford
Hartford, CT 06155

Tru Pac
14711 34th Ave #6D
Flushing, NY 11354

W.B Mason Co., Inc.
59 Centre St
Brockton, MA 02301

White Plains Linen
4 john Walsh Blvd
Peekskill, NY 10566

United States Bankruptcy Court
Southern District of New York

In re: 127 Westchester SQ Restaurant LLC D.B.A Shanghai Red

Case No. 21-10503

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/18/2021

/s/ Javiel Rodriguez
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor