UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

| | |
|---|---|
| 127 Westchester SQ Restaurant LLC<br>dba Shanghai Red, | Chapter 11<br>Case No. 21-10503 (SCC) |

                                                    Debtor.
-------------------------------------------------------------------X

## ORDER SCHEDULING INITIAL CASE CONFERENCE

      The Debtor having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on March 17, 2021 and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

      **ORDERED**, pursuant to 11 U.S.C. Section 105(d), that an initial case management conference will be conducted by the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York, on April 7, 2021 at 11:30 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, <u>inter alia</u>, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; this will be a telephonic hearing via Court Solutions and participants may register to appear at [www.court-solutions.com](www.court-solutions.com); and it is further

      **ORDERED**, that the Debtor shall give notice by mail of this order at least seven (7) days prior to the scheduled conference to: (a) each committee appointed to serve in the case pursuant to 11 U.S.C. Section 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims); (b) the holders of the five largest secured claims; (c) any postpetition lender to the Debtor; (d) the United States Trustee; and (e) all parties who have filed notices of appearance and request for papers, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated:  New York, New York
           March 19, 2021

                                                /S/ Shelley C. Chapman
                                                HONORABLE SHELLEY C. CHAPMAN
                                                UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Southern District of New York

In re:  
127 Westchester SQ Restaurant LLC D.B.A.  
    Debtor

Case No. 21-10503-scc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0208-1     User:     Page 1 of 2  
Date Rcvd: Mar 19, 2021     Form ID: pdf001     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 127 Westchester SQ Restaurant LLC D.B.A. Shanghai, 127-129 Westchester Square, Bronx, NY 10461 |
| 7823681 | + | A & A Gourmet, 53-42 98th Street, Corona, NY 11368-3021 |
| 7823687 | | ATAX Westchester Square, Attn: Diego R Toasa, 142 Williamsbridge Road, Bronx, NY 10461 |
| 7823688 | + | ATC Brand Management, 25 Rober Pitt Drive, Suite 204, Monsey, NY 10952-3366 |
| 7823682 | + | Action Environmental Services, 300 Frank W Burr Boulevard, Suite 39, Teaneck, NJ 07666-6730 |
| 7823684 | + | Am Trust Insurance Company of Kansas, Inc., PO Box 6939, Cleveland, OH 44101-1939 |
| 7823685 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 7823686 | + | Anheuser-Busch Sales of New York, 550 Food Center Drive, Bronx, NY 10474-7047 |
| 7823689 | + | Baldor Specialty Food, Inc, 155 Food Center Drive, Bronx, NY 10474-7136 |
| 7823691 | + | Caliber Pest Services, PO Box 622484, Bronx, NY 10462-0603 |
| 7823692 | + | Churchill Linen Service, 7 Evans St., PO Box 3247, Brockton, MA 02304-3247 |
| 7823693 | + | Cintas Corporation #011F 011F, 325 Corporate Blvd South, Yonkers, NY 10701-6864 |
| 7823694 | | Con Edison, JAF Station, P.O. Box 1702, New York, NY 10116-1702 |
| 7823695 | + | Dorado Realty LLC, 2123 Williamsbridge Road, 2nd floor, Bronx, NY 10461-1637 |
| 7823696 | + | Dr. Mukesh Sethi, 69 Taconic Road, Greenwich, CT 06831-3452 |
| 7823697 | + | Dr. Ramji Sethi, 69 Taconic Road, Greenwich, CT 06831-3452 |
| 7823698 | + | Empire Merchants LLC, 16 Bridgewater St, Brooklyn, NY 11222-3804 |
| 7823699 | + | Galant Graphics, 2020 Webster Ave, Bronx, NY 10457-2445 |
| 7823701 | + | Icesurance, 500 Fenimore Road, Mamaroneck, NY 10543-2313 |
| 7823704 | + | JD Meat Market, 1411 Ogden Ave, Bronx, NY 10452-2308 |
| 7823703 | + | Javiel Rodriguez, 930 Thierot Avenue Apt. 16J, Bronx, NY 10473-3223 |
| 7823705 | + | McKinney Welding Supply, 600 W 52nd St, New York, NY 10019-5037 |
| 7823706 | + | MetroTouch, 351 E 84th St, New York, NY 10028-4423 |
| 7823707 | + | Monarch Seafood, 314 West 1st Avenue, Roselle, NJ 07203-1001 |
| 7823708 | + | Multi-flow, 1434 County Line Road, Huntingdon Valley, PA 19006-1801 |
| 7823709 | | New York State Department of Labor, Division of Labor Standards120 Bloomingd, White Plains, NY 10605 |
| 7823711 | | Optimum, 1 Court Square West, Long Island City, NY 11101 |
| 7823712 | #+ | Ordermark, 12045 East Waterfront Dr, 3rd floor, Los Angeles, CA 90094-3226 |
| 7823713 | + | Pankaj Malik, Esq., Warshaw Burstein LLP, 575 Lexington Avenue 7th floor, New York, NY 10022-6138 |
| 7823714 | + | Prince Grover, 51 Bellwood Drive, New Hyde Park, NY 11040-3712 |
| 7823715 | | Riviera Produce, Box/Call 6065, Englewood, NJ 07631 |
| 7823716 | + | Royal Warewashing, PO Box 5503, Astoria, NY 11105-5503 |
| 7823718 | + | Southeast Asia Market LLC, 52 15th Street, Brooklyn, NY 11215-4610 |
| 7823720 | + | TD Bank, 5 Commerce Park N, Bedford, NH 03110-6984 |
| 7823721 | + | The Hartford, One Hartford Plaza Hartford, Hartford, CT 06155-0001 |
| 7823722 | + | Tru Pac, 14711 34th Ave #6D, Flushing, NY 11354-3763 |
| 7823723 | + | W.B Mason Co., Inc., 59 Centre St, Brockton, MA 02301-4075 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0208-1 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: pdf001 | Total Noticed: 44 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 7823683 | + Email/Text: amscbankruptcy@adt.com | Mar 19 2021 19:25:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 7823690 | + Email/Text: bankruptcy_notices@bindiusa.com | Mar 19 2021 19:24:00 | Bindi North America, Inc., 630 Belleville Turnpike, Kearny, NJ 07032-4407 |
| 7823700 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2021 20:08:57 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 7823702 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2021 19:25:00 | Internal Revenue Service, PO Box 7346, Centralized Insolvency Agency, Philadelpia, PA 19101-7346 |
| 7823710 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 19 2021 19:25:00 | NYS Dept of Tax And Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 7823719 | + Email/Text: HARVEY.CHARNELLE@METRONY.SYSCO.COM | Mar 19 2021 19:25:00 | Sysco Metro New York, LLC, 20 Theodore Conrad Drive, Jersey City, NJ 07305-4614 |
| 7823724 | + Email/Text: Lmoscoso@whiteplainslinen.com | Mar 19 2021 19:25:00 | White Plains Linen, 4 john Walsh Blvd, Peekskill, NY 10566-5323 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7823717 | ##+ | Smart Care, 386 Wabasha St. N, Saint Paul, MN 55102-1312 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Norma E. Ortiz | on behalf of Debtor 127 Westchester SQ Restaurant LLC D.B.A. Shanghai Red email@ortizandortiz.com bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2