| Information to identify the case: | | |
|---|---|---|
| Debtor | 127 Westchester SQ Restaurant LLC D.B.A. Shanghai Red<br>Name | EIN: 82–2751203 |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter: 11    3/17/21 |
| Case number: | 21–10503–scc | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 127 Westchester SQ Restaurant LLC D.B.A. Shanghai Red | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 127–129 Westchester Square<br>Bronx, NY 10461 | |
| 4. | **Debtor's attorney**<br>Name and address | Norma E. Ortiz<br>Ortiz & Ortiz, LLP<br>35–10 Broadway<br>Suite 201<br>Astoria, NY 11106 | Contact phone 718–522–1117<br><br>Email: email@ortizandortiz.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | One Bowling Green<br>New York, NY 10004–1408<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone 212–668–2870<br><br>Date: 3/22/21 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | April 28, 2021 at 02:30 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Teleconference *ONLY*, Contact UST's Office for direction,<br>https://www.justice.gov/ust–regions–r02** |

**For more information, see page 2 >**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If 523(c) applies to your claim and you seek to have it exempted from discharge, you must start a judicial proceeding by filing a complaint. |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 21-10503-scc |
| 127 Westchester SQ Restaurant LLC D.B.A. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: | Page 1 of 3 |
| Date Rcvd: Mar 22, 2021 | Form ID: 309F1 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 127 Westchester SQ Restaurant LLC D.B.A. Shanghai, 127-129 Westchester Square, Bronx, NY 10461 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7823681 | + | A & A Gourmet, 53-42 98th Street, Corona, NY 11368-3021 |
| 7823687 | | ATAX Westchester Square, Attn: Diego R Toasa, 142 Williamsbridge Road, Bronx, NY 10461 |
| 7823688 | + | ATC Brand Management, 25 Rober Pitt Drive, Suite 204, Monsey, NY 10952-3366 |
| 7823682 | + | Action Environmental Services, 300 Frank W Burr Boulevard, Suite 39, Teaneck, NJ 07666-6730 |
| 7823684 | + | Am Trust Insurance Company of Kansas, Inc., PO Box 6939, Cleveland, OH 44101-1939 |
| 7823686 | + | Anheuser-Busch Sales of New York, 550 Food Center Drive, Bronx, NY 10474-7047 |
| 7823689 | + | Baldor Specialty Food, Inc, 155 Food Center Drive, Bronx, NY 10474-7136 |
| 7823691 | + | Caliber Pest Services, PO Box 622484, Bronx, NY 10462-0603 |
| 7823692 | + | Churchill Linen Service, 7 Evans St., PO Box 3247, Brockton, MA 02304-3247 |
| 7823693 | + | Cintas Corporation #011F 011F, 325 Corporate Blvd South, Yonkers, NY 10701-6864 |
| 7823694 | | Con Edison, JAF Station, P.O. Box 1702, New York, NY 10116-1702 |
| 7823695 | + | Dorado Realty LLC, 2123 Williamsbridge Road, 2nd floor, Bronx, NY 10461-1637 |
| 7823696 | + | Dr. Mukesh Sethi, 69 Taconic Road, Greenwich, CT 06831-3452 |
| 7823697 | + | Dr. Ramji Sethi, 69 Taconic Road, Greenwich, CT 06831-3452 |
| 7823698 | + | Empire Merchants LLC, 16 Bridgewater St, Brooklyn, NY 11222-3804 |
| 7823699 | + | Galant Graphics, 2020 Webster Ave, Bronx, NY 10457-2445 |
| 7823701 | + | Icesurance, 500 Fenimore Road, Mamaroneck, NY 10543-2313 |
| 7823704 | + | JD Meat Market, 1411 Ogden Ave, Bronx, NY 10452-2308 |
| 7823703 | + | Javiel Rodriguez, 930 Thierot Avenue Apt. 16J, Bronx, NY 10473-3223 |
| 7823705 | + | McKinney Welding Supply, 600 W 52nd St, New York, NY 10019-5037 |
| 7823706 | + | MetroTouch, 351 E 84th St, New York, NY 10028-4423 |
| 7823707 | + | Monarch Seafood, 314 West 1st Avenue, Roselle, NJ 07203-1001 |
| 7823708 | + | Multi-flow, 1434 County Line Road, Huntingdon Valley, PA 19006-1801 |
| 7823709 | | New York State Department of Labor, Division of Labor Standards120 Bloomingd, White Plains, NY 10605 |
| 7823711 | | Optimum, 1 Court Square West, Long Island City, NY 11101 |
| 7823712 | #+ | Ordermark, 12045 East Waterfront Dr, 3rd floor, Los Angeles, CA 90094-3226 |
| 7823713 | + | Pankaj Malik, Esq., Warshaw Burstein LLP, 575 Lexington Avenue 7th floor, New York, NY 10022-6138 |
| 7823714 | + | Prince Grover, 51 Bellwood Drive, New Hyde Park, NY 11040-3712 |
| 7823715 | | Riviera Produce, Box/Call 6065, Englewood, NJ 07631 |
| 7823716 | + | Royal Warewashing, PO Box 5503, Astoria, NY 11105-5503 |
| 7823718 | + | Southeast Asia Market LLC, 52 15th Street, Brooklyn, NY 11215-4610 |
| 7823720 | + | TD Bank, 5 Commerce Park N, Bedford, NH 03110-6984 |
| 7823721 | + | The Hartford, One Hartford Plaza Hartford, Hartford, CT 06155-0001 |
| 7823722 | + | Tru Pac, 14711 34th Ave #6D, Flushing, NY 11354-3763 |
| 7823723 | + | W.B Mason Co., Inc., 59 Centre St, Brockton, MA 02301-4075 |

TOTAL: 39

21-10503-scc    Doc 12    Filed 03/24/21    Entered 03/25/21 00:11:59    Imaged
Certificate of Notice    Pg 4 of 5

| District/off: 0208-1 | User: | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 309F1 | Total Noticed: 50 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: email@ortizandortiz.com | Mar 22 2021 21:00:00 | Norma E. Ortiz, Ortiz & Ortiz, LLP, 35-10 Broadway, Suite 201, Astoria, NY 11106 |
| smg | EDI: IRS.COM | Mar 22 2021 23:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 22 2021 21:02:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 22 2021 21:01:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| 7823683 | + Email/Text: amscbankruptcy@adt.com | Mar 22 2021 21:02:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 7823685 | + EDI: AMEREXPR.COM | Mar 22 2021 23:18:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 7823690 | + Email/Text: bankruptcy_notices@bindiusa.com | Mar 22 2021 21:00:00 | Bindi North America, Inc., 630 Belleville Turnpike, Kearny, NJ 07032-4407 |
| 7823700 | + EDI: CITICORP.COM | Mar 22 2021 23:18:00 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 7823710 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 22 2021 21:02:00 | NYS Dept of Tax And Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 7823719 | + Email/Text: HARVEY.CHARNELLE@METRONY.SYSCO.COM | Mar 22 2021 21:02:00 | Sysco Metro New York, LLC, 20 Theodore Conrad Drive, Jersey City, NJ 07305-4614 |
| 7823724 | + Email/Text: Lmoscoso@whiteplainslinen.com | Mar 22 2021 21:02:00 | White Plains Linen, 4 john Walsh Blvd, Peekskill, NY 10566-5323 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7823702 | * | Internal Revenue Service, PO Box 7346, Centralized Insolvency Agency, Philadelpia, PA 19101-7346 |
| 7823717 | ##+ | Smart Care, 386 Wabasha St. N, Saint Paul, MN 55102-1312 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2021          Signature:     /s/Joseph Speetjens

21-10503-scc    Doc 12    Filed 03/24/21    Entered 03/25/21 00:11:59    Imaged
Certificate of Notice    Pg 5 of 5

| District/off: 0208-1 | User: | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 22, 2021 | Form ID: 309F1 | Total Noticed: 50 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Norma E. Ortiz | on behalf of Debtor 127 Westchester SQ Restaurant LLC D.B.A. Shanghai Red email@ortizandortiz.com bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2