**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: 127 Westchester SQ Restaurant LLC D.B.A. Shanghai | CASE NO.: 21–10503–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 82–2751203 | CHAPTER: 11 |

---

## NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the Initial Case Conference scheduled for April 7, 2021 has been adjourned to April 13, 2021 at 10:00 a.m.
This will be a telephonic hearing via Court Solutions and participants may register to appear at www.court–solutions.com.

Thank you


Dated: April 5, 2021                                              Vito Genna
                                                                  Clerk of the Court