# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 4/5/2021 |
| Case: 21−10503−scc | Form ID: 143 | Total: 54 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Norma E. Ortiz | email@ortizandortiz.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | 127 Westchester SQ Restaurant LLC D.B.A. Shanghai Red | 127−129 Westchester Square | Bronx, NY 10461 | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor    New York, NY 10007 |
| 7823681 | A & A Gourmet | 53−42 98th Street | Corona, NY 11368 | |
| 7823683 | ADT Security Services | PO Box 371878 | Pittsburgh, PA 15250 | |
| 7823687 | ATAX Westchester Square | Attn: Diego R Toasa | 142 Williamsbridge Road | Bronx, NY 10461 |
| 7823688 | ATC Brand Management | 25 Rober Pitt Drive, Suite 204 | Monsey, NY 10952 | |
| 7823682 | Action Environmental Services | 300 Frank W Burr Boulevard | Suite 39 | Teaneck, NJ 07666 |
| 7823684 | Am Trust Insurance Company of Kansas, Inc. | PO Box 6939 | Cleveland, OH 44101 | |
| 7823685 | American Express | PO Box 981537 | El Paso, TX 79998 | |
| 7823686 | Anheuser−Busch Sales of New York | 550 Food Center Drive | Bronx, NY 10474 | |
| 7823689 | Baldor Specialty Food, Inc | 155 Food Center Drive | Bronx, NY 10474 | |
| 7823690 | Bindi North America, Inc. | 630 Belleville Turnpike | Kearny, NJ 07032 | |
| 7823691 | Caliber Pest Services | PO Box 622484 | Bronx, NY 10462 | |
| 7823692 | Churchill Linen Service | 7 Evans St. | PO Box 3247 | Brockton, MA 02302 |
| 7823693 | Cintas Corporation #011F 011F | 325 Corporate Blvd South | Yonkers, NY 10701 | |
| 7823694 | Con Edison | JAF Station | P.O. Box 1702 | New York, NY 10116−1702 |
| 7823695 | Dorado Realty LLC | 2123 Williamsbridge Road | 2nd floor | Bronx, NY 10461 |
| 7823696 | Dr. Mukesh Sethi | 69 Taconic Road | Greenwich, CT 06831 | |
| 7823697 | Dr. Ramji Sethi | 69 Taconic Road | Greenwich, CT 06831 | |
| 7823698 | Empire Merchants LLC | 16 Bridgewater St | Brooklyn, NY 11222 | |
| 7826383 | Empire Merchants LLC | 16 Bridgewater Street | Brooklyn NY 11222 | |
| 7823699 | Galant Graphics | 2020 Webster Ave | Bronx, NY 10457 | |
| 7823700 | Home Depot | PO Box 9001010 | Louisville, KY 40290 | |
| 7823701 | Icesurance | 500 Fenimore Road | Mamaroneck, NY 10543 | |
| 7823702 | Internal Revenue Service | PO Box 7346 | Centralized Insolvency Agency | Philadelpia, PA 19101−7346 |
| 7823704 | JD Meat Market | 1411 Ogden Ave | Bronx, NY 10452 | |
| 7823703 | Javiel Rodriguez | 930 Thierot Avenue Apt. 16J | Bronx, NY 10473 | |
| 7823705 | McKinney Welding Supply | 600 W 52nd St | New York, NY 10019 | |
| 7823706 | MetroTouch | 351 E 84th St | New York, NY 10028 | |
| 7823707 | Monarch Seafood | 314 West 1st Avenue | Roselle, NJ 07203 | |
| 7823708 | Multi−flow | 1434 County Line Road | Huntingdon Valley, PA 19006 | |
| 7828120 | NYS Department of Labor | State Campus | Bldg. 12 Room 256 | Albany, NY 12240 |
| 7823710 | NYS Dept of Tax And Finance | Bankruptcy Section | PO Box 5300 | Albany, NY 12205−0300 |
| 7823709 | New York State Department of Labor | Division of Labor Standards 120 Bloomingd | White Plains, NY 10605 | |
| 7823711 | Optimum | 1 Court Square West | Long Island City, NY 11101 | |
| 7823712 | Ordermark | 12045 East Waterfront Dr, 3rd floor | Los Angeles, CA 90094 | |
| 7823713 | Pankaj Malik, Esq. | Warshaw Burstein LLP | 575 Lexington Avenue 7th floor | New York, NY 10022 |
| 7823714 | Prince Grover | 51 Bellwood Drive | New Hyde Park, NY 11040 | |
| 7823715 | Riviera Produce | Box/Call 6065 | Englewood, NJ 07631 | |
| 7823716 | Royal Warewashing | PO Box 5503 | Astoria, NY 11105 | |
| 7823717 | Smart Care | 386 Wabasha St. N | Saint Paul, MN 55102 | |
| 7823718 | Southeast Asia Market LLC | 52 15th Street | Brooklyn, NY 11215 | |
| 7823719 | Sysco Metro New York, LLC | 20 Theodore Conrad Drive | Jersey City, NJ 07305 | |
| 7823720 | TD Bank | 5 Commerce Park N | Bedford, NH 03110 | |
| 7823721 | The Hartford | One Hartford Plaza Hartford | Hartford, CT 06155 | |
| 7823722 | Tru Pac | 14711 34th Ave #6D | Flushing, NY 11354 | |
| 7823723 | W.B Mason Co., Inc. | 59 Centre St | Brockton, MA 02301 | |
| 7823724 | White Plains Linen | 4 john Walsh Blvd | Peekskill, NY 10566 | |

TOTAL: 52