

Attorneys at Law
35-10 Broadway, Suite 202
Astoria, New York 11103

Frank A. Ortiz (1931-2016)
Norma E. Ortiz\*
 \*\*\*\*
Maria Perez-Brown, of Counsel
 \* (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

April 15, 2021

Hon. Shelley C. Chapman
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

          Re:    **127 Westchester SQ LLC**
                  **Chapter 11 Case**
                  **Case No. 21-10503**-scc

                  **Status Report**

Dear Judge Chapman:

      During the case conference conducted on April 13, 2021, I informed the Court that a payment had been made to the Debtor's landlord in partial satisfaction of pre-petition rent. I was informed by the Debtor that the payment was made on March 1, 2021. The Debtor's bankruptcy petition was filed on March 17, 2021. The only payment made to the landlord after the bankruptcy filing was for post-petition rent.

      Thank you for your time and consideration.

                                  Very truly yours,

                                  */s/Norma E. Ortiz*

                                  Norma E. Ortiz